# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:

WILLIAM CODY PIPER,

       Plaintiff,

v.

PANTHER TOWING, INC.,
ANAYZA M. ALI A/K/A ANAYZA ARBOR,
MOHAMMED ALI A/K/A MARK ALI,

       Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, WILLIAM CODY PIPER, brings this action against Defendants, PANTHER TOWING, INC., ANAYZA M. ALI A/K/A ANAYZA ARBOR and MOHAMMED ALI A/K/A MARK ALI, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff WILLIAM CODY PIPER was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, PANTHER TOWING, INC., was a Florida corporation with its principal place of business in South Florida, had two or more employees engaged in commerce in the field of tow trucking business, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, ANAYZA M. ALI A/K/A ANAYZA ARBOR, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, PANTHER TOWING, INC.; said Defendant acted and acts directly in the interests of Defendant, PANTHER TOWING, INC., in relation to said co-Defendant's employees. Defendant effectively dominates PANTHER TOWING, INC. administratively and otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, ANAYZA M. ALI A/K/A ANAYZA ARBOR was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

5. Defendant, MOHAMMED ALI A/K/A MARK ALI, is a resident of Palm Beach County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, PANTHER TOWING, INC.; said Defendant acted and acts directly in the interests of Defendant, PANTHER TOWING, INC., in relation to said co-Defendant's employees. Defendant effectively dominates PANTHER TOWING, INC. administratively and otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, MOHAMMED ALI A/K/A MARK ALI was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Plaintiff working for Defendants as a tow truck driver.

7. Defendants MOHAMMED ALI A/K/A MARK ALI and ANAYZA M. ALI A/K/A ANAYZA ARBOR controlled Plaintiff's pay and duties, and had hiring and firing authority over Plaintiff.

8. Defendants failed to pay Plaintiff his full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate.

9. Defendants failed to pay Plaintiff his full and proper minimum wages for each hour worked.

10. Defendants failed to pay Plaintiff for entire weeks of his employment.

11. Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

12. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

13. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

14. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

15. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:     (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791