UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-80238-Rosenberg/Brannon

WILLIAM CODY PIPER,

    Plaintiff,

v.

PANTHER TOWING, INC.,
ANAYZA M. ALI A/K/A ANAYZA
ARBOR, MOHAMMED ALI A/K/A
MARK ALI,

    Defendants.
_____/

### PLAINTIFF'S TRIAL WITNESS LIST

| No. | Witness Name and Address | Presentation Status | Deposition or Live | Expert |
|---|---|---|---|---|
| P1 | William Cody Piper c/o Koz Law, P.A. | Expected to Present | Live | No |
| P2 | Angel Cipriano 331 North D Street Lake Worth, 33460 | Expected to Present | Live | No |
| P3 | Defendant Anayza M. Ali a/k/a Anayza Arbor c/o Defendants' Counsel | Expected to Present | Live | No |
| P4 | Mohammed Ali A/K/A Mark Ali c/o Defendants' Counsel | Expected to Present | Live | No |

Handwritten annotations: "#3" next to P1 with "11/27"; "#2" next to P3 with "11/27"; "#1" next to P4 with "11/27".

1
**EXHIBIT A**