## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 17-cv-80238-Rosenberg/Brannon

WILLIAM CODY PIPER,

     Plaintiff,

v.

PANTHER TOWING, INC.,
ANAYZA M. ALI A/K/A ANAYZA
ARBOR, MOHAMMED ALI A/K/A
MARK ALI,

     Defendants.

_____/

### PLAINTIFF'S LIST OF TRIAL EXHIBITS

| PRESIDING JUDGE<br><br>Hon. James I. Cohn,<br>U.S. District Judge | PLAINTIFF'S ATTORNEY<br><br>Elliot Kozolchyk, Esq.<br>Koz Law, P.A. | DEFENDANTS' ATTORNEY<br><br>Michael D. Stewart, Esq.<br>The Law Offices of Michael D. Stewart | | |
|---|---|---|---|---|
| TRIAL DATE(S)<br>Trial Calendar beginning October 30, 2017 | COURT REPORTER<br>Karl Shires | COURTROOM DEPUTY<br>Valarie Thompkins | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | Def's Obj. |
| 1 | | | | 11/27 | Employee Pay History, May 10, 2017 e-mail from Defendants' counsel attaching Employee Pay History | |

**EXHIBIT B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | | | | | 11/27 | Employee Paystubs (PLA0001- PLA0002, PLA0015) | |
| 3 | | | | | 11/27 | Panther Towing, Inc. Rate Sheet (PLA0004) | |
| 4 | | | | | 11/27 | Panther Towing Schedule (PLA0005) | |
| 5 | | | | | 11/27 | Tow Truck Photos (PLA0003, PLA0006- PLA0014) | |
| 6 | | | | | | Sunbiz.org Detail by Entity Name for Panther Towing, Inc. | |
| 7 | | | | | | Defendant Panther Towing, Inc.'s handwritten responses to Plaintiff's interrogatories | |
| 8 | | | | | | Defendant Panther Towing, Inc.'s handwritten responses to Plaintiff's Request for Admissions | |
| 9 | | | | | | Defendant Mark Ali's handwritten answers to Plaintiff's Request for Admissions | |
| 10 | | | | | | Defendant Mark Ali's handwritten answers to Plaintiff's Interrogatories | |
| 11 | | | | | | Defendant Mark Ali's typed responses to Plaintiff's Interrogatories | |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | | | | | Defendant Mark Ali's typed responses to Plaintiff's Request for Admissions | |
| 13 | | | | | Defendant Panther Towing, Inc.'s typed responses to Plaintiff's Interrogatories | |
| 14 | | | | | Plaintiff's Request for Production | |
| 15 | | | | | Defendants' Typed Response to Plaintiff's Request for Production | |
| 16 | | | | | All documents on Plaintiff's Exhibit List Subject to Plaintiff's objections. | |
| 17 | | | | | All documents necessary for impeachment and/or rebuttal | |
| 18 | PANTHER TOWING APPLICATION | | | 11/28 | All documents produced during discovery subject to Plaintiff's objections. | |
| 19 | PICTURE OF TOW BADGE | | | 11/29 | Plaintiff reserves the right to supplement their exhibit list with exhibits as they become known to Plaintiff upon proper notice to all parties | |

**EXHIBIT B**