IN THE UNITED STATES DISTRCIT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-CV-80238-RLR

WILLIAM CODY PIPER,

    Plaintiff,

v.

PANTHER TOWING, INC., ANAYZA M. ALI A/KA ANAYZA ARBOR, MOHAMMED ALI A/K/A MARK ALI,

    Defendants.

_____/

### DEFENDANTS' WITNESS LIST AND EXHIBIT LIST

Defendants' by and through their undersigned counsel, files this List of Witnesses and Exhibit List, and as follows:

1. Any and all witnesses listed on Plaintiff's Witness List.
2. Jorge Rabor; 7640 Hooper Rd Ste. 6, West Palm Beach, FL 33411. He is expected to present, live and he is not an expert.
3. Muhammad Ali; 7640 Hooper Rd Ste. 6, West Palm Beach, FL 33411. He is expected to present, live and he is not an expert.
4. Sara Rodriguez; 7640 Hooper Rd Ste. 6, West Palm Beach, FL 33411. She is expected to present, live and she is not an expert.

#1 – William Cody PIPER – 11/28

1

**EXHIBIT C**

5. Anayza M. Ali; 7640 Hooper Rd Ste. 6, West Palm Beach, FL 33411. She is expected to present, live and she is not an expert.

6. Defendants reserves the right to supplement their witnesses as they become known to Defendants.

### EXHIBIT LIST

7. Any and all exhibits listed on Plaintiff's Exhibits list.

8. Any and all statements and pay roll documents from Signature Staffing Payroll Co. **NP**

9. Defendants reserves the right to supplement their exhibits as they become known to Defendants.

#1 – TT's FACEBOOK PAGE – 11/28
#2 – TOW BADGE APPLICATION – 11/28

/s/ Michael D. Stewart
Michael D. Stewart, Esq.
FL Bar No. 12457
Law Offices of Michael D. Stewart
150 S.E. 2nd Ave, Suite 1000
Miami, FL 33131
Telephone: (305) 590-8909
Fax: (305) 415-9920
ms@themiamilaw.com

NP: Plaintiff objects to this Exhibit to the extent it contains documents that Defendants did not previously produce.

2

**EXHIBIT C**